UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

NYU LANGONE HOSPITALS,

                                                                                     24 Civ. 4803 (PKC)

                        Plaintiffs,

       -against-

UNITEDHEALTHCARE, INSURANCE COMPANY, et al.,

                        Defendants.
-----------------------------------------------------------x

NYU LANGONE HOSPITALS,

                        Plaintiff,

                                                                                  24-cv-4384 (PKC)

       -against-                                                            ORDER

AETNA HEALTH, INC.,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        All discovery and proceedings in the above captioned actions are stayed pending further Order of this Court.

        NYU Langone shall reply to defendants' memoranda of September 20, 2024 (24-cv-4384, ECF 29; 24 Civ. 4803, ECF 30) by October 14, 2024.

- 2 -

The Court will hear oral argument on the issue of subject matter jurisdiction on October 31, 2024 at 3:30 p.m.

SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
October 2, 2024

- 2 -