# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Seth M. Cohen**        Direct Dial: **+1 212 905 9035**        Email: **Seth.Cohen@alston.com**

January 10, 2025

*Via ECF*

Hon. P. Kevin Castel
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:**   *NYU Langone Hospitals v. UnitedHealthcare Insurance Company, et al.*, Case No. 1:24-cv-04803-PKC (S.D.N.Y.): Request to Permit Mr. Beasley's Remote Attendance at Upcoming January 15, 2025 Hearing

Dear Judge Castel:

We represent UnitedHealthcare Insurance Company ("United") in this case. I write to request that United's in-house counsel, Zack Beasley, may attend the upcoming hearing on January 15, 2025 at 3:00 P.M. via videoconference or telephonic conference. Due to the importance of the jurisdictional issues that will be addressed at the hearing, Mr. Beasley would like to attend. However, Mr. Beasley resides outside of New York City and is unable to attend in person.

We understand that your Honor approved a similar request for Aetna's in-house counsel, so Mr. Beasley's remote attendance should not create any additional hassle or complicate these proceedings. Should your Honor grant this request, we will coordinate with Courtroom Technology to make the necessary arrangements. We are also available to coordinate with your chambers staff, as necessary.

We appreciate your attention to this request and respectfully request that it be granted.

Respectfully,

*/s/ Seth M. Cohen*
Seth M. Cohen

CC: All counsel of record (via ECF)

Alston & Bird LLP                                                                                                  www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.